**QUEST MEDICAL, INC. and Bruce B. Becker, Plaintiffs–Appellants,**

**v.**

**ACCLARENT, INC. and Exploramed II, Inc., Defendants–Appellees,**

and

**Advanced Polymers, Inc., Defendant–Appellee.**

No. 2006–1483.

United States Court of Appeals, Federal Circuit.

Jan. 10, 2007.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Raymond U. ARNDT, Plaintiff–Appellant,**

**v.**

**MOKAI MANUFACTURING, INC., Defendant–Appellee.**

No. 2006–1380.

United States Court of Appeals, Federal Circuit.

Jan. 18, 2007.

Before NEWMAN, RADER, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* See Fed. Cir. R. 36